In the Matter of W. T. GRANT COMPANY, Petitioner, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.— ▮▮▮▮▮ No opinion  Concur — Peck, P. J., Cohn, Breitel, Bastow and Cox, JJ.  [See *post*, p. 1090.]

ALI BEN ALI, Respondent, v. MOORE-McCORMACK LINES, INC., Appellant.—

Concur — Peck, P. J., Cohn, Breitel, Bastow and Cox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT JOSIE, Appellant.—

Concur — Peck, P. J., Cohn, Breitel, Bastow and Cox, JJ.  [206 Misc. 704.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES OLIVER, Appellant.— ▮▮▮▮▮ No opinion.  Concur — Peck, P. J., Cohn, Breitel, Bastow and Cox, JJ.

ANNE M. CARR et al., Respondents, v. TRIBORO COACH CORPORATION, Appellant.— ▮▮▮▮▮ No opinion.  Concur — Breitel, J. P., Bastow, Botein and Cox, JJ.; Rabin, J., dissents and votes to reverse and grant a new trial upon the ground that the verdict is contrary to the weight of the evidence.

In the Matter of GREAT ATLANTIC AND PACIFIC TEA COMPANY, Petitioner, against LAWRENCE E. GEROSA, as Comptroller of the City of New York, Respondent.— ▮▮▮▮▮ No opinion.  Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.